**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.  TEDDY L. HOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-14-198-F |
| | ) | |
| 1.  CLEAN THE UNIFORM CO. OKLAHOMA | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF JANUARY, 2015**.

s/ Christine Coleman Vizcaino
Mark Hammons, OBA #3784
Christine Coleman Vizcaino, OBA #30527
HAMMONS, GOWENS, HURST
& ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Mark@hammonslaw.com
Christine@hammonslaw.com
*Counsel for Plaintiff*

s/ Nathan L. Whatley
*(Signed by filing party with permission)*
Nathan L. Whatley, OBA #14601
Philip R. Bruce, OBA # 30504
McAfee & Taft A Professional
Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
nathan.whatley@mcafeetaft.com
philip.bruce@mcafeetaft.com
*Counsel for Defendant*